UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

IN RE:

LARRY CRAIG HERRON, SR.　　　　　　　　　Case No. 07-32475-RTS
DEBRA KAY HERRON　　　　　　　　　　　　CHAPTER 13
Debtor(s),

## NOTICE OF APPEARANCE

Comes now NOVASTAR MORTGAGE, by and through its undersigned counsel, and request that its counsel be added to the mailing matrix in this case so as to receive copies of all Notices and Pleadings sent to creditors or other parties in interest.

Respectfully submitted,

**TATUM & JONES, PLLC**

/s/ Ben H. Thomas
Ben H. Thomas BPR 21941
Attorney for NOVASTAR MORTGAGE
Suite C-205, Nashville House
One Vantage Way
Nashville, TN 37228
(615) 254-4430 Fax (615) 254-4671
Email: bthomas@phillipjoneslaw.com

## CERTIFICATE OF SERVICE

Upon information and belief all parties required to be served with this document have consented to electronic notice and will be served by CM/ECF, signed on AUGUST 16, 2007.

/s/ Ben H. Thomas
Ben H. Thomas